**BARRETT et al. v. UNITED STATES ex rel. LOUP CREEK COLLIERY CO.**

(Circuit Court of Appeals, Fourth Circuit. March 31, 1923.)

No. 2066.

In Error to the District Court of the United States for the Southern District of West Virginia, at Charleston; George W. McClintic, Judge.

Proceeding for contempt by the United States, on the relation of the Loup Creek Colliery Company, against George Barrett and G. W. Lavender. Defendants adjudged in contempt, and they bring error. Affirmed.

Charles J. Van Fleet, of Charleston, W. Va. (Harold W. Houston, of Charleston, W. Va., on the brief), for plaintiffs in error.

S. B. Avis, of Charleston, W. Va. (A. M. Belcher, of Charleston, W. Va., and J. H. McGinnis, of Beckley, W. Va., on the brief), for defendant in error.

Before WOODS, WADDILL, and ROSE, Circuit Judges.

WOODS, Circuit Judge. The case is identical in its essential facts with Joe Patton v. United States, 288 Fed. 812, decided this day. The judgment is affirmed, for the reasons stated in the opinion in that case.

Affirmed.